

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2025

No. 04-23-00772-CR

**EX PARTE** Carlos Alcides **MADRID ARANIVA**

From the County Court, Kinney County, Texas
Trial Court No. 14579CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Carlos Alcides Madrid Araniva's appeal.

It is so **ORDERED** on February 12, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk